**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HOLLY BAKER,

                          Plaintiff,

-against-                                    21 **CIVIL** 10629 (JCM)

                                                      **JUDGMENT**

WAL-MART STORES EAST, L.P.,

                          Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 1, 2023, Defendant's motion for summary judgment is granted in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

      August 1, 2023

                                                                                **RUBY J. KRAJICK**
                                                                      _____
                                                                        **Clerk of Court**

                                    **BY:**      *K. Mango*

                                                                       _____
                                                                          **Deputy Clerk**